IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **Rick Curtis Poe,** | : | **Case No.: 19-60528** |
| **Debtor.** | : | **Judge Russ Kendig** |

## MODIFICATION OF CHAPTER 13 PLAN

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and pursuant to 11 U.S.C., Section 1329 (a)(1) modifies the Chapter 13 Plan of the Debtor(s) as follows:

Debtor's 2021 tax return indicates Debtor had a very significant increase in income. The increase was neither disclosed to Trustee nor was a Modification filed to increase the Plan payment. As a result, Debtor is required to pay that additional income of $24,488.00 into the Plan.

Therefore, Part 2.1 of the Chapter 13 Plan is hereby modified to increase the Plan payments from $62.82 per month to $855.00 per month beginning March 2022. Additionally, Part 5.1 of the Chapter 13 Plan is hereby modified to indicate that the general unsecured creditors shall receive a dividend of 100%.

Trustee may extend the Plan, if necessary, to maintain feasibility.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# NOTICE OF MODIFICATION OF PLAN

Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, has filed papers with the Court to have this bankruptcy case modified.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to modify this bankruptcy case, or if you want the Court to consider your views on the Modification, then on or before March 29, 2022, you or your attorney must file with the Court an Objection to the Modification at:

>Clerk of Court
>United States Bankruptcy Court
>Ralph Regula Federal Building
>401 McKinley Ave S.W.
>Canton, OH 44702

If you mail your Objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also send a copy to:

>Dynele L. Schinker-Kuharich
>Chapter 13 Trustee
>200 Market Avenue North, Suite 30
>Canton, Ohio 44702

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Modification and may enter an Order granting that relief.

Date: March 8, 2022

>/s/ Dynele L. Schinker-Kuharich
>Dynele L. Schinker-Kuharich (0069389)
>Chapter 13 Trustee
>A. Michelle Jackson Limas (0074750)
>Staff Counsel to the Chapter 13 Trustee
>200 Market Avenue North, Ste. 30
>Canton, OH 44702
>Telephone: 330.455.2222
>Facsimile: 330.754.6133
>Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, a true and correct copy of the Modification of Chapter 13 Plan and Notice thereof was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Gerald B. Golub, Esq., Counsel for Rick Curtis Poe, at golublaw@prodigy.net

and by regular U.S. Mail, postage prepaid, upon:

Rick Curtis Poe, Debtor
1737 Superior Avenue, NE
Canton, OH 44705

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee